AUSA:     Timothy E. Garcia          Telephone:  (313) 226-9522

AO 91 (Rev. 11/11)  Criminal Complaint    Agent:      Wayne E. Williams     Telephone:  (313) 550-7945

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
   v.

Floriberto IBARRA-ABAD

Case No.   Case: 2:26−mj−30186
Assigned To : Unassigned
Assign. Date : 4/7/2026
USA V. IBARRA−ABAD (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 6, 2026 _____ in the county of _____ Macomb _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Wayne E. Williams, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ April 7, 2026 _____

_____
Judge's signature

City and state:  Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1.  I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Floriberto IBARRA-ABAD.

2.  Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3.  Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Floriberto IBARRA-ABAD.

4.  Floriberto IBARRA-ABAD is a 43-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5.  On or about November 14, 2004, IBARRA-ABAD was arrested by Border Patrol Agents near Trenton Michigan. He was granted a Voluntary Return to Mexico.

6.  On or about March 18, 2007, IBARRA-ABAD was arrested by Immigration and Customs Enforcement (ICE) Officers during a targeted operation. He was processed as a Notice to appear and was released on a bond.

7.  On or about February 6, 2008, IBARRA-ABAD was ordered removed by an Immigration Judge. He failed to report to ICE for removal and his bond was breached.

8.  On or about February 19, 2009, IBARRA-ABAD was arrested by ICE fugitive operations officers during a targeted operation. He was processed as a Bag and Baggage. He was removed from the country on February 24, 2009, through Laredo, Texas.

9.  On or about March 22, 2009, IBARRA-ABAD was arrested by Border Patrol Agents near Sasabe, Arizona. He was processed as a reinstatement of his prior removal. On March 25, 2009, he was removed from the country through Nogales, Arizona.

10. On or about April 6, 2026, IBARRA-ABAD was arrested by Border Patrol Agents near Macomb County Michigan. Border Patrol agents were contacted by Sterling Heights Police Department for assistance identifying IBARRA-ABAD.

11.     Floriberto IBARRA-ABAD fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS).  The results revealed that IBARRA-ABAD is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States.  The record checks did not provide any evidence that IBARRA-ABAD legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States. He is being processed for reinstatement of his prior removal order.

12.     The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13.     Review of the Alien File (A# xxx xxx 814) for Floriberto IBARRA-ABAD and queries in Department of Homeland Security databases confirm no record exists IBARRA-ABAD obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on March 25, 2009.

14.     Based on the above information, I believe there is probable cause to conclude that Floriberto IBARRA-ABAD, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_Complainant's signature_

Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

April 7, 2026